UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   v.                18-CR-108-EAW

ROBERT MORGAN, FRANK GIACOBBE,
TODD MORGAN, AND MICHAEL TREMITI,

               Defendants.

In Re: Sale of Part of 875 Publishers Parkway, Webster,
New York 14580 (an Unindicted Property)

**STIPULATION BY AND AMONG THE UNITED STATES OF AMERICA, ROBERT MORGAN, TODD MORGAN, MORGAN PUBLISHER APARTMENTS, LLC, AND SAINT GALLEN LLC**

With regard to a portion of that certain vacant real property located at 875 Publishers Parkway, Webster, New York 14580, as more particularly depicted on Exhibit A (attached hereto), the United States of America, Todd Morgan, Robert Morgan, Morgan Publisher Apartments, LLC ("Morgan Publisher"), and Saint Gallen LLC ("Saint Gallen"), together with Morgan Publisher the owner of the real property located at 875 Publishers Parkway, Webster, New York 14580, (collectively, the "Parties") hereby stipulate as follows:

1. WHEREAS Morgan Publisher and Saint Gallen (collectively, the "Owner") own the real property located at 875 Publishers Parkway, Webster, New York 14580, consisting of approximately 4.48 acres, which constitutes a portion of tax parcel identification number 079.06-1-32.122 (the "Property").

2. WHEREAS no Defendant named in the Superseding Indictment in the above-captioned proceeding (Dkt. 42) has a direct ownership interest in the Property.

3. WHEREAS Robert Morgan and Todd Morgan have an indirect interest in Morgan Publisher.

4. WHEREAS the Property is a real property that is not subject to the forfeiture allegations in the Superseding Indictment, incorporated herein by reference.

5. WHEREAS the Property is not a real property subject to civil forfeiture pursuant to the civil forfeiture action, *United States of America v. The Premises and Real Property with All Buildings, Appurtenances, and Improvements, Located at 7405 Morgan Road*, et. al., 1:19-CV-01157 (EAW) (W.D.N.Y. August 28, 2019) (the "Civil Forfeiture Action").

6. WHEREAS the Property is not subject to any other civil, criminal, or ancillary forfeiture action related to the above-captioned proceeding, the Civil Forfeiture Action, or the related criminal investigation.

7. WHEREAS there is no court order authorizing the United States of America to seize or lawfully restrain the sale, transfer, or disposal of the Property.

8. WHEREAS there are no outstanding advances made by the Receivership Entities (as defined in the Order Appointing Receiver (Dkt. 39) and clarified by the Stipulation and Order (Dkt. 49) in *Securities and Exchange Commission v. Morgan, et al.*, 19-CIV-661-EAW (the "SEC Action")) for the benefit of the Property.

9. The Parties agree to effectuate the transaction set forth in the Purchase Agreement, dated December 4, 2019, by and between the Owner and RRL Acquisitions LLC ("Purchaser") or its permitted assignee or another bona fide purchaser (the "Sale").

10. The Parties agree that Purchaser is not restrained from making payments to the Owner, any Party, or any third parties (including any LLC or entity that the Defendants may have a membership interest in) related to the Sale or its ownership and operation of the Property.

11. The Parties agree that there is no restriction on any proceeds from the Sale.

12. The United States Attorney's Office for the Western District of New York and/or any of the federal agencies participating in the current criminal investigation related to the Superseding Indictment hereby agrees that, upon the Sale, they will not pursue as part of its criminal or civil forfeiture claims, and specifically and expressly waives any claim to the forfeiture of the premises, buildings, appurtenances, improvements and real property of the Property, except on the basis of conduct alleged to occur after the date of the Sale and which is unrelated to the investigation in this matter and the related civil forfeiture matters.

13. The United States Attorney's Office for the Western District of New York and/or any of the federal agencies participating in the current criminal investigation related to the Superseding Indictment hereby agrees that, upon the Sale, they will not pursue as part of its criminal or civil forfeiture claims, and specifically and expressly waives any claim to the forfeiture of Purchaser's lender's secured interest in monies to be loaned and advanced to Purchaser by its lender, if any, as well as any related principal and interest payments which will be made by Purchaser to its lender, if any.

Dated:  June 30, 2020

By:   JAMES P. KENNEDY, JR.
      United States Attorney

      *S/Mary Clare Kane*
      Mary Clare Kane
      Assistant United States Attorney
      United States Attorney's Office

                    Western District of New York
                    138 Delaware Avenue
                    Buffalo, New York 14202


                    GIBSON DUNN & CRUTCHER, LLP


By:    *S/Joel M. Cohen*
        Joel M. Cohen
        *Attorneys for Robert C. Morgan*
        200 Park Avenue
        New York, New York 10166


                    ROTHENBERG LAW


By:    *S/David Rothenberg*
        David Rothenberg
        *Attorneys for Todd Morgan*
        Time Square Building
        45 Exchange Boulevard, Suite 800
        Rochester, New York 14614


                    HARRIS BEACH PLLC


By:    *S/Jordan C. Alaimo*
        Jordan C. Alaimo
        *Attorneys for Morgan Publisher Apartments,*
        *LLC and Saint Gallen LLC*
        99 Garnsey Road
        Pittsford, New York 14534


SO ORDERED:

Dated: Rochester, New York
       July 15, 2020

_____
Hon. Elizabeth A. Wolford
United States District Judge

**EXHIBIT A**
**Identification of the Premises**



5