# ROTHENBERG LAW

TRIAL LAWYERS



**David Rothenberg, Esq.**

Times Square Building
45 Exchange Blvd, Suite 800
Rochester, NY 14614

Phone (585) 232-1946
Fax: (585) 232-4746

david@rothenberglawyers.com
rothenberglawyers.com

September 2, 2020

BY ELECTRONIC FILING

Hon. Elizabeth A. Wolford
United States District Judge
Western District of New York
Kenneth B. Keating Federal Building
100 State Street, Rochester, New York 14614

Re:   United States v. Todd R. Morgan
      18-CR-108

Dear Judge Wolford:

We are writing as counsel for defendant Todd Morgan and on behalf Don Thompson, Esq., counsel for defendant Michael Tremiti, to request permission to exceed the page limit for our respective post-hearing reply briefs. In light of the complexity and detail of all of the opening briefs, Mr. Thompson and we each respectfully request permission to file reply briefs not to exceed 15 pages.

Thank you for your consideration of this request,

Respectfully,

*David Rothenberg*

David Rothenberg

DR/be

cc:   counsel of record

SO ORDERED

ELIZABETH A. WOLFORD
United States District Judge
DATED: 09/02/2020