| From: | Craig, Gary |
|---|---|
| To: | Dawn Samuel |
| Subject: | Request with 1:18-cr-00108 for Judge Wolford |
| Date: | Wednesday, July 13, 2022 11:05:39 AM |

**CAUTION - EXTERNAL:**

Dear Judge Wolford,

I see from CM/ECF filings that the U.S. Attorney's Office has filed under seal recent papers in the U.S. v Giacobbe et al case of 1:18-cr-00108.

On behalf of the Democrat and Chronicle, I would request that the papers be unsealed, or, at least, papers that would explain the government's rationale behind its sealing request.

I see also that some defense lawyers have made similar requests. In one instance, I see that the case of U.S. v Nojay was raised, as well as Judge Larimer's ruling in that case.

The Democrat and Chronicle successfully sought the unsealing of those papers. It is difficult to know if the issues are similar - an issue raised by one defense lawyer - without knowing the government's reason for its sealing request here.

As well, given the extensive paperwork already filed publicly about the government's missteps with the prosecution - and the question of whether some were intentional - it is difficult to imagine there is much that has not already had some public airing. But, again, there is no way to know without some public explanation from the government about its sealing request.

If you need a more formal request from our attorneys, please let me know.

Thanks for your time and consideration.

Sincerely,

Gary Craig

Democrat and Chronicle

Rochester NY585-233-1107

Gary Craig

Democrat and Chronicle

Rochester NY

585-233-1107

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.